■ The People of the State of New York, Respondent, v Michael Holbert, Appellant. [731 NYS2d 871] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered March 9, 2000, convicting him of criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the court's *Sandoval* ruling properly balanced the relevant considerations (*see, People v Sandoval,* 34 NY2d 371; *People v Reyes,* 193 AD2d 767; *People v Vanderhall,* 168 AD2d 655, 656). O'Brien, J. P., Luciano, Schmidt and Adams, JJ., concur.